*April 15, 1941.*

IN RE VACATING PORTIONS OF PLAT OF LAKE WANDAWEGA
    SUBDIVISION : FROEHLKE, Respondent, vs. WANDAWEGA
    COUNTRY CLUB, INC., and others, Appellants.

For the appellants: *Charles E. Wilson* of Elkhorn.
For the respondent: *Sheldon & Freytag* of Elkhorn.

*By the Court.*—Judgment affirmed.

STARK, Appellant, vs. MONSTED, Respondent.

For the appellant: *Sarto S. Balliet* of Appleton.
For the respondent: *Walter Melchior* of Appleton.

*By the Court.*—Judgment affirmed.

GROSS, Respondent, vs. MINK and another, Appellants.

For the appellants: *Harry V. Meissner* and *Lamfrom,
Tighe, Engelhard & Peck,* all of Milwaukee.
For the respondent: *A. W. Richter* of Milwaukee.

*By the Court.*—Judgment affirmed.